FILED
2025 Aug-12 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MICHAEL SHORT,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. 2:25-CV-01161-SGC |

**UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), files this Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on July 17, 2025. Lincoln was served with process on July 23, 2025, and thus must file its Answer or otherwise respond by August 13, 2025.

2. Lincoln requests an extension to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the Court enter an order that it shall have until and including August 27, 2025, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, M. Clayborn Williams, with regard to the relief requested in this Motion, and Mr. Williams has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for Defendant to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Lincoln requests that the Court enter an order that Lincoln shall have until and including August 27, 2025, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 12th day of August 2025.

Respectfully submitted,


s/ *Iwana Rademaekers*
Iwana Rademaekers
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com


AND

MATTHEW W. ROBINETT
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 12th day of August 2025, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

M. Clayborn Williams, Esq.
Email: clay@erisacase.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers