**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Ins. Co.
c/o The Prentice-Hall Corp. System, Inc
641 South Lawrence St.
Montgomery, AL 36104

9590 9402 6187 0220 4891 26

2. Article Number *(Transfer from service label)*

7017 3380 0000 9029 5389

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

Kelly Webster

☑ Agent
☐ Addressee

2025 Aug-18 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

B. Received by *(Printed Name)*

C. Date of Delivery

7-23-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2025 AUG 18 P 12:01

U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt