FILED
2025 Sep-03 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

| | | |
|---|---|---|
| Michael Short<br>Plaintiff<br>v.<br><br>Lincoln National Life Insurance Company, The<br>Defendant | }<br>}<br>}<br>}<br>}<br>} | Case Number: 2:25 CV 1161 SGC |

**NOTICE OF REASSIGNMENT**

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Madeline Hughes Haikala. Please use case number 2:25 CV 1161 MHH on all subsequent pleadings.

DATED: September 3, 2025

GREER M. LYNCH, CLERK

By:__A. Day____________
Deputy Clerk

SNH: akd

xc: Judges
Counsel