FILED
2025 Sep-04 AM 11:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SHORT,** | } | |
| **Plaintiff,** | } | |
| **v.** | } | **Case No.: 2:25-CV-01161-MHH** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | } | |
| **Defendant.** | } | |

# INITIAL ORDER

This case appears to be a claim for benefits and/or other relief under the Employee Retirement Income Security Act. Within **60 days**, the parties shall file a joint report in which they provide either joint or separate responses to the following questions:

(1) Please file the administrative record including the plan document and the summary plan description. If a party challenges the accuracy or completeness of the current administrative record, what is the basis for the challenge?

(2) If the Court finds liability under ERISA, do the parties agree on the amount due, taking into consideration offsets? If so, please state the amount. If not, each party shall explain the amount it proposes.

(3) Does plaintiff seek benefits only pursuant to 29 U.S.C. § 1132(a)(1)(B)?

(4) Do the parties agree that the case should be decided on the

administrative record alone? If not, what additional presently available evidence should be considered and why?

(5) If any party believes that discovery is needed, describe the nature of the discovery and the amount of time needed to complete discovery.

(6) What is the proper standard-of-review?

(7) Does the plaintiff contend that a decision-maker whose decision is contested operated under a structural conflict-of-interest? If so, please provide the authority on which the argument rests.

(8) Does the defendant assert a defense of plaintiff's alleged failure to exhaust administrative remedies? If so, please provide the authority on which the defense rests.

(9) Does either party believe that the liability question cannot be finally disposed of upon cross-motions by the parties on a written record? If not, please explain.

(10) Does either party want to mediate?

**DONE** and **ORDERED** this September 4, 2025.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE