FILED
2026 Feb-10 PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SHORT,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:25-cv-01161-EGL** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

# NOTICE OF APPEARANCE

COMES NOW David P. Martin of the law firm The Martin Law Group, LLC, 2117 Jack Warner Parkway, Suite 1, Tuscaloosa, Alabama 35401 and enters his appearance as counsel of record for Plaintiff Michael Short in the above-styled case.

Respectfully submitted,

*/s/ David P. Martin*
David P. Martin
(ASB-3500-M68D)
*Attorney for the Plaintiff*

**The Martin Law Group, LLC**
2117 Jack Warner Parkway, Suite 1
Tuscaloosa, AL 35401
Phone (205) 343-1771
Facsimile (205) 343-1781
david@erisacase.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, a copy of the foregoing has been served on the following counsel for Defendant by using the CM/ECF system:

Iwana Rademaekers
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Email: iwana@rademaekerslaw.com

Matthew W. Robinett
**NORMAN, WOOD, KENDRICK & TURNER**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Email: mrobinett@nwkt.com

**ATTORNEYS FOR DEFENDANT**

*_/s/ David P. Martin_*
David P. Martin