FILED
2026 Feb-11 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SHORT,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:25-cv-01161-EGL** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## MOTION TO WITHDRAW APPEARANCE OF M. CLAYBORN WILLIAMS

COMES NOW, M. Clayborn Williams and respectfully moves for leave to withdraw from representation of the Plaintiff in the above-referenced case, due to leaving the firm. The Plaintiff will continue to be represented by David P. Martin of The Martin Law Group, LLC.

Respectfully Submitted,

*/s/M. Clayborn Williams*

M. Clayborn Williams
(ASB-9101-A43M)
**The Martin Law Group, LLC**
P.O. Box 20087
Tuscaloosa, AL 35402
Phone (205) 343-1771
Facsimile (205) 343-1781
clay@erisacase.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 11th of February, 2026 using the CM/ECF system, which shall send notification of such filing to counsel of record.

*/s/ M. Clayborn Williams*
OF COUNSEL