FILED
2026 Mar-24 AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SHORT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:25-cv-1161-EGL** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with prejudice (Doc. 22), filed on March 22, 2026. Accordingly, the case is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** this 24th day of March, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE